UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL MUSIC-Z TUNES LLC d/b/a Universal Music Z Songs; R KELLY PUBLISHING, INC. INC.; JOHN SEBASTIAN MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; TZIAH MUSIC; SONY/ATV SONGS LLC d/b/a Sony/ATV Acuff Rose Music ; SONGS OF UNIVERSAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PURE LOUNGE OF COLUMBIA, LLC d/b/a Pure Ultra Lounge; and STEPHEN L. DAVIS individually, <br><br> Defendants. | C.A. No. 3:11-1591-CMC <br><br><br><br> OPINION AND ORDER <br> GRANTING DEFAULT JUDGMENT |

This matter is before the court on Plaintiffs motion for entry of default judgment. Defendants were previously held in default on October 13, 2011. Plaintiffs subsequently filed the present motion, seeking injunctive relief, statutory damages, costs, fees and interest on the judgment. The motion was supported by documentary evidence and legal argument. Despite service of the motion, Defendants have failed to respond.

The court finds the motion for judgment well supported and the relief sought appropriate for the reasons argued in Plaintiffs' motion. Wherefore, the court directs entry of judgment providing the following relief:

(1)     Defendants, their agents, servants, employees, and all persons acting under their permission and authority, are enjoined and restrained from infringing, in any manner, upon the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(2) Plaintiffs are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $18,000, which represents an award of $3,000 for each of the six (6) acts of infringement alleged in the complaint and admitted by virtue of Defendants' default,;

(3) Plaintiffs are entitled to an award of costs, including reasonable attorneys' fees in an amount to be determined by the court on motion to be filed within fourteen days of entry of this order.

(4) The damage, cost and fee awards shall draw interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

 s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 30, 2011